CHAMBER'S
COPY

1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney
2
                                                            FILED
3    BRIAN J. STRETCH (CABN 163973)
     Chief, Criminal Division                               DEC 2 4 2009

4    DEBORAH R. DOUGLAS (NYBN 2099372)                      RICHARD W. WIEKING
     Assistant United States Attorney                       CLERK, U.S. DISTRICT COURT
5                                                           NORTHERN DISTRICT OF CALIFORNIA
                                                            OAKLAND
6        1301 Clay Street, Suite 340S
         Oakland, California 94612                           E-FILED
7        Telephone: (510) 637-3680
         Facsimile: (510) 637-3724
8        E-Mail: deborah.r.douglas@usdoj.gov

9    Attorneys for Plaintiff

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13   UNITED STATES OF AMERICA,          )    No. 09-71045 MAG; 09-71044 MAG
                                        )
14              Plaintiff,              )    STIPULATION AND [PROPOSED]
                                        )    ORDER TO ADVANCE DATE FOR
15        v.                            )    ARRAIGNMENT ON INDICTMENT
                                        )    FROM DECEMBER 30, 2009 to
16   FELIPE AGUILERA and               )    DECEMBER 29, 2009
     JOSE LUIS PEREZ,                   )
17                                      )
                Defendants.             )
18   _____)

19         IT IS HEREBY STIPULATED AND REQUESTED, by and between plaintiff United States

20   of America, and defendants FELIPE AGUILERA and JOSE LUIS PEREZ, by and through their

21   respective attorneys, that the date currently scheduled for a preliminary hearing/arraignment on

22   Wednesday, December 30, 2009, be advanced to Tuesday, December 29, 2009, for arraignment on

23   the indictment under CR 09-1207 SBA.[1]

24         1.    On December 16, 2009, defendants Felipe Aguilera, Jose Luis Perez, Francisco

25   Vargas, and Emilio Lopez Garcia were initially presented on criminal complaints based upon the

26   same alleged narcotics conspiracy. A preliminary hearing/arraignment is currently scheduled on

27   Wednesday, December 30, 2009, for defendants Aguilera and Perez and on Tuesday, December 29,

28
     _____
           [1] Because the Clerk's Office has not yet inputted the indictment no. into the ECF System,
     this stipulation is being filed based upon the criminal complaint nos. for defendants Felipe
     Aguilera and Jose Luis Perez in this case.

2009, for defendants Vargas and Garcia in magistrate court in San Francisco.  On December 22, 2009, a grand jury returned an indictment against the four defendants.  All four defendants are illegal aliens who have waived a detention hearing.  The only remaining matter before the magistrate court is arraignment of the four defendants on the indictment and setting a date before the assigned district court judge.  Advancing the date of the arraignment for defendants Aguilera and Perez from December 30, 2009 to December 29, 2009 will permit all four defendants to be arraigned together on the single indictment and will promote economy and efficiency.


Dated: 12/23/09                          /s/
                                        DEBORAH R. DOUGLAS
                                        Assistant United States Attorney


Dated: 12/23/09                          /s/
                                        ANGELA HANSEN for COLLEEN MARTIN
                                        Assistant Federal Public Defenders
                                        Attorney for Defendant Felipe Aguilera


Dated: 12/23/09                          /s/
                                        GARRICK S. LEW, Esq.
                                        Attorney for Defendant Jose Luis Perez


### ORDER

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the date of the preliminary hearing/arraignment, currently scheduled for December 30, 2009 at 10 a.m., shall be advanced to December 29, 2009 at 10 a.m. for arraignment on the indictment before the Honorable Timothy J. Bommer, United States District Judge, in the federal building in San Francisco, California.


IT IS SO ORDERED.


Dated: 12/24/09                  _____
                                HONORABLE TIMOTHY J. BOMMER
                                United States Magistrate Judge